IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02297-AP

REBECCA MIRANDA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    GAIL C. HARRISS
    Dawes and Harriss, P.C.
    572 E. Third Avenue
    Durango, CO   81301
    (970) 247-4411
    Gch@dawesandharris.com

    For Defendant:
    DAVID M. GAOUETTE
    United States Attorney

    KEVIN TRASKOS
    Deputy Chief, Civil Division
    United States Attorney's Office
    District of Colorado

    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:** 9/28/09

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** 10/5/09

    **C.**     **Date Answer and Administrative Record Were Filed:** 12/07/09

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**A.**     **Plaintiff's Statement:** None anticipated.

**B.**     **Defendant's Statement:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due:** 1/28/10

    **B.**     **Defendant's Response Brief Due:** 3/12/10

    **C.**     **Plaintiff's Reply Brief (If Any) Due:** 3/29/10

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:** Oral Argument not requested.

    **B.**     **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>21st</u> day of <u>December</u>, 2009.

                                      BY THE COURT:

                                    *s/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Gail C. Harriss<br>GAIL C. HARRISS<br>Dawes and Harriss, P.C.<br>572 E. Third Avenue<br>Durango, CO   81301<br>(970) 247-4411<br>Gch@dawesandharris.com<br><br>Attorney for Plaintiff | UNITED STATES ATTORNEY<br><br>DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |